UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 8 2004

Michael N. Milby
Clerk of Court

| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, | § § § § | |
|---|---|---|
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL NO. B-04-127 |
| | § | |
| HONEYWELL INTERNATIONAL, INC., | § § § § § | |
| Defendant | § | |

**PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT
SCHOOL DISTRICT'S AND DEFENDANT HONEYWELL INTERNATIONAL INC.'S
AGREED MOTION TO REMAND**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff San Benito Consolidate Independent School District ("SBCISD") and Defendant Honeywell International, Inc. respectfully move the Court to immediately remand this cause to state court.

1. The parties have conferred and determined that this Court is without jurisdiction in this matter at the present time.

3. Therefore, the parties respectfully request that this Court immediately remand this case to the 107th Judicial District Court of Cameron County, Texas.

Respectfully submitted,

| CONSTANT & VELA | KITTLEMAN, THOMAS, RAMIREZ & GONZALES, LLP |
|---|---|
| By: *Ueedle / by permission* | By: *Ueedle / by permission* |
| ANTHONY F. CONSTANT | RAYMOND L. THOMAS |
| ATTORNEY IN CHARGE | ATTORNEY IN CHARGE |
| State Bar No. 04711000 | State Bar No. 19865350 |
| Federal ID No. 688 | Federal ID No. 10715 |
| 1570 Frost Bank Plaza | 4900-B North Tenth Street |
| Corpus Christi, Texas 78470 | McAllen, Texas 78504 |
| Telephone: (361) 698-8000 | Telephone: (956) 686-8797 |
| Telecopier: (361) 887-8010 | Telecopier: (956) 630-5199 |
| Attorneys for the Plaintiff San Benito Consolidated Independent School District | Attorneys for the Defendant Honeywell International Inc. |