United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT,** | § § | |
| Plaintiff | § | |
| | § | |
| v. | § | **CIVIL NO. B-04-127** |
| | § | |
| **HONEYWELL INTERNATIONAL, INC.,** | § § § § § | |
| Defendant | § | |

## AGREED ORDER OF REMAND

The Court has considered and has decided to grant the Agreed Motion to Remand filed by parties. Accordingly, this cause is remanded to the 107th Judicial District Court of Cameron County, Texas.

Signed this ___2___ day of ~~July~~ August 2004.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

**CONSTANT & VELA**

By: _____ / by permission

   **ANTHONY F. CONSTANT**

ATTORNEY IN CHARGE

State Bar No. 04711000
Federal ID No. 688
1570 Frost Bank Plaza
Corpus Christi, Texas 78470
Telephone: (361) 698-8000
Telecopier: (361) 887-8010

Attorneys for the Plaintiff
San Benito Consolidated
Independent School District


**KITTLEMAN, THOMAS, RAMIREZ**
   **& GONZALES, LLP**

By: _____ / by permission

   **RAYMOND L. THOMAS**

ATTORNEY IN CHARGE

State Bar No. 19865350
Federal ID No.  10715
4900-B North Tenth Street
McAllen, Texas 78504
Telephone: (956) 686-8797
Telecopier: (956) 630-5199

Attorneys for the Defendant
Honeywell International Inc.